AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 11-6175- SNOW |
| ROBERT KINSELLA | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 31, 2011__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | the defendant, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b). |

This criminal complaint is based on these facts:

Please see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Dereck J. Farinha, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/31/2011

_____
Judge's signature

City and state: Fort Lauderdale, Florida

LURANA S. SNOW, US MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Dereck Farinha, being duly sworn, depose and say:

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have worked in this position since 1997. I am currently assigned to the Miami Field Office of the FBI. I am a member of the Minor Vice Task Force (MVTF) in South Florida. The MVTF is comprised of state, local, and federal law enforcement which includes the Broward County Sheriffs Office (BSO), City of Miami Police Department (MPD), Miami-Dade Police Department (MDPD) and Miami Beach Police Department (MBPD), whose purpose is to address the Department of Justice's "Innocence Lost" initiative.[1] I am presently assigned to handle violent crimes, including offenses involving persuading, inducing, enticing, or coercing any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity, in violation of Title 18, United States Code, Section 2422(b). Prior to being assigned to the Miami Field Office, I was assigned to the San Diego and San Juan Field Offices and have participated in investigations involving crimes against children, gangs, drug trafficking, as well as money laundering.

2.  This affidavit is based upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers while in my official capacity. I am submitting this affidavit for the limited purpose of establishing probable cause for a criminal complaint charging Robert Kinsella

---

[1] For purposes of this affidavit, a child is defined as a person who has not attained the age of eighteen years.

(hereafter referred to as "Kinsella") with violating Title 18, United States Code, Section 2422(b). Therefore, this affidavit does not include every fact known to me about this investigation.

3. On March 29, 2011, law enforcement from the BSO, acting in an undercover capacity, posted an internet advertisement on backpage.com.[2] The advertisement read, "bRand sPanKn' nEw & wiCked (((((((100% REAL piCs))))))) -- Yng n sXy 2 GRL speCials!!! - 18." The advertisement provided an email address of "amberharts2u" at gmail and a telephone number of xxx-xxx-6086, which were both operated by undercover BSO deputies.

4. On March 29, 2011, an individual who identified himself as "Bob" using the email address SFloridaBob@aol.com wrote an email to "amberharts2u" wanting to know more about her and her friend who were advertised in the backpage ad. The undercover BSO deputy responded that she and her friend were in town for two days. The undercover also stated that she was just starting out and that if "Bob" wanted a more experienced girl, her friend may be better for him. The undercover BSO deputy then stated that she would re-post her ad tomorrow with her number on it.

5. On March 30, 2011, "Bob" from SFloridaBob@aol.com wrote to the undercover BSO deputy at "amberharts2u" and stated that he wanted her. He asked the undercover deputy to send him her number. He also stated that he "want to be first." He asked, "what is your fee? Do you have better pics?" The undercover BSO deputy responded that she would send him her number. "Bob" at SFloridaBob@aol.com then sent the undercover BSO deputy his number telephone number of xxx-xxx-6534.

---

[2] Backpage.com is a collection of internet-based online resources, including classified ads, forums, and various email services.

6. On March 30, 2011, at approximately 11:00 a.m., "Bob" from SFloridaBob@aol.com contacted the undercover BSO deputy at telephone number xxx-xxx-6086 from his number of xxx-xxx-6534. "Bob" stated that he exchanged several emails with her yesterday and that he wanted "some Amber." He stated that he "wanted everything" and that he "wanted to go down on her." He also wanted her to "return the favor" and then "have sex." The undercover BSO deputy then asked "Bob" if he wanted her or her friend because she was "the baby" and her friend was older. The undercover BSO deputy then stated that she was 15 years old. "Bob" responded by stating that he definitely wanted her. He then asked her how much. The undercover BSO deputy told him $120 for one hour. "Bob" then agreed to the price. They agreed to meet in about one hour at the Hampton Inn located at 250 N. Andrews Avenue, Fort Lauderdale, Florida.

7. At approximately 12:30 p.m., a 53 year-old male, later identified as Kinsella, arrived at the Hampton Inn and contacted the undercover BSO deputy at telephone number xxx-xxx-6086. He told her that he was in the lobby. The undercover BSO deputy told Kinsella that her friend "Nicki" was coming down to the lobby to meet him. A few minutes later, undercover law enforcement officers arrested Kinsella without incident. A search incident to arrest revealed two Trojan condoms and $208 in United States currency in Kinsella's wallet.

8. In a post-*Miranda* statement, Kinsella admitted that he used the email name of SFloridabob@aol.com and that he talked to a girl and texted her. He also stated that he has a computer at his residence located at 1111 George Bush Boulevard, Delray

Beach, Florida, 33483. He stated that he saw the above described advertisement on backpage.com and responded to the email.

9. Based upon my training and experience, and as further supported by the facts contained in this affidavit, I respectfully submit that there is probable cause to believe that Robert Kinsella, knowingly persuaded, induced, or enticed any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity, in violation of Title 18, United States Code, Section 2422(b).

I declare under penalty of perjury that the information in this affidavit is true and correct.

DERECK FARINHA, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

SUBSCRIBED and SWORN to
before me this 31 day of March 2011
in Fort Lauderdale, Florida.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-6175-SNOW

UNITED STATES OF AMERICA

vs.

ROBERT KINSELLA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

                              Respectfully submitted,
                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

By: _____
     Mark Dispoto
     Assistant United States Attorney
     District Court No. A5501143
     United States Attorney's Office
     500 E. Broward Boulevard
     Fort Lauderdale, Florida 33394
     Telephone Number (954) 660-5786
     Fax Number (954) 356-7336
     mark.dispoto@usdoj.gov